IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 4:01cr29-SPM

GENE ATKINS,

      Defendant.

_____/

## ORDER CORRECTING SENTENCE

On August 1, 2011, the Court found Defendant violated the terms and conditions of his supervised release by committing six technical or misdemeanor violations and one Grade A violation (possession of cocaine). The sentencing guideline range for the Grade A violation was 51 to 60 months. The Court found that a sentence at the bottom of the range was appropriate for Defendant and sentenced Defendant to a term of 51 months imprisonment with no supervised release to follow.

The probation office advised the Court on August 2, 2011, that Defendant's possession of cocaine should actually be a Grade B violation because the possession was not with the intent to sell. The correct guideline

range, based on the Grade B violation, is 21 to 27 months.  Had the Court been aware of Defendant's correct guideline range, the 51 month sentence would not have been imposed.

Under Federal Rule of Criminal Procedure 35(a), the Court has the authority to "correct a sentence that resulted from arithmetical, technical, or other clear error."  Defendant's sentence of 51 months is the result of arithmetical, technical, and clear error.  The Court has already determined that a sentence at the bottom of the guideline range is appropriate for Defendant.  Defendant's sentence should be corrected to be imposed at the bottom of the 21 to 27 month guideline range.  Accordingly, it is

ORDERED AND ADJUDGED:

1. Defendant's sentence is corrected and reduced from a term of 51 months imprisonment to a term of 21 months imprisonment.

2. All other terms and conditions of the sentence imposed on August 1, 2011 remain unchanged.

DONE AND ORDERED this 2nd day of August, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO.: 4:01cr29-SPM